1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10

11  PAMELA O'KEEFE, TRUSTEE FOR THE    )        3:15-cv-00129-HDM-WGC
    JORDAN GRACE REEDER IRREVOCABLE    )
12  TRUST,                             )
                                       )        ORDER
13                   Plaintiff,        )
                                       )
14  vs.                                )
                                       )
15  UNITED STATES OF AMERICA,          )
                                       )
16                   Defendant.        )
                                       )
17  _____     )

18        The court has not been advised that an action has been

19  commenced by Michael Reeder as contemplated by the joint status

20  report of December 20, 2016.  Accordingly, the parties will file a

21  joint pretrial order on or before March 13, 2017.  Thereafter, the

22  court will set this case for trial.

23        IT IS SO ORDERED.

24        DATED: This 9th day of February, 2017.

25
26                              _____
                                UNITED STATES DISTRICT JUDGE
27
28