**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA O'KEEFE, TRUSTEE FOR THE JORDAN GRACE REEDER IRREVOCABLE TRUST, )<br>)<br>)<br>)<br>Plaintiff,     )<br>)<br>vs.                          )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant.    )<br>_____ ) | 3:15-cv-00129-HDM-WGC<br><br>ORDER |

The parties' joint motion to vacate the pretrial order date (ECF No. 36) is **GRANTED**. Accordingly, the pretrial order deadline of March 13, 2017, is hereby vacated.

IT IS SO ORDERED.

DATED: This 17th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE