IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL F. Reeder,

    Plaintiff,　　　　　　　　　　　　　　3:15-cv-00129-HDM-WGC

    vs.　　　　　　　　　　　　　　　　ORDER

United States of America,

        Defendant.
_____/

    On May 5th, 2017 the Defendant filed an answer in which it joined Heritage Bank of Nevada as an additional Counterclaim Defendant. Heritage Bank of Nevada is on the undersigned's recusal list. Accordingly the court enters this order of recusal and refers this action to the Chief Judge for reassignment.

    It is so Ordered.

    Dated this 8th day of May, 2017.

                                       Howard D McKibben
                                       _____
                                       UNITED STATES DISTRICT JUDGE