PHILIP GARRETT PANITZ, CA State Bar No. 096561
BARBARA E. LUBIN, CA State Bar No. 238283
JEFFREY G. SLOANE, NV State Bar No. 784
PANITZ & KOSSOFF, LLP
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 379-1667
Facsimile: (805) 379-1668
E-mail: pgp@pktaxlaw.com / bel@pktaxlaw.com

Attorneys for Plaintiffs and Counterclaim Defendants
Michael F. Reeder and Pamela O'Keefe,
Trustee for the Jordan Grace Reeder Irrevocable Trust
and Trustee for the Darby Leigh Reeder Irrevocable Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL F. REEDER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | Civil No.: 3:15-cv-00129-MMD WGC<br><br>**SECOND JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| PAMELA M. O'KEEFE, as Trustee for the JORDAN GRACE REEDER IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | |

1

16620422.1

| |
|---|
| AND RELATED COUNTERCLAIMS |

COMES now Plaintiffs and Counterclaim Defendants Michael F. Reeder ("Reeder") and Pamela O'Keefe, as Trustee of the Jordan Grace Reeder Irrevocable Trust, dated April 15, 1993 ("JGR Trust") and the Darby Leigh Reeder Irrevocable Trust ("DLR Trust"), Defendant and Counterclaimant, United States of America ("United States"), by and through their undersigned counsel, and submit a second joint stipulation to extend the briefing dates with respect to the Motion for Summary Judgment which was filed by the United States of America ("United States") with this Court on May 1, 2018 [ECF 65]. This Court previously agreed

2

to the parties' stipulated extended briefing dates of June 22, 2018 for Plaintiffs and Counterclaim Defendants to file an opposition to the United States' Motion for Summary Judgment and the date of July 23, 2018 for the United States to file a Reply [ECF 71].

By this stipulation, the parties are now requesting to extend the stipulated dates for an additional three month period in order to provide the government with sufficient time to evaluate the global settlement offer submitted by Plaintiffs and Counterclaim Defendants. Due to the large amount of the concession being sought by Mr. Reeder, this settlement will require several layers of review by the United States. Because this case has been classified by the Internal Revenue Service ("IRS") as "Standard," the views of IRS Office of Chief Counsel must be obtained prior to the offer being considered by the Department of Justice. The proposed settlement of this matter must also be approved by several different sections within the Department of Justice.

In addition, because the offer is partially based upon collectability, Mr. Reeder will be required to submit detailed financial statements which must be evaluated by the government. Once Mr. Reeder has submitted a complete financial statement, full consideration of the global offer by the United States is anticipated to take several months. Mr. Reeder would prefer not to have to expend the

3

16620422.1

resources to respond to the United States' summary judgment motion while his offer is under consideration.

Accordingly, the parties believe good cause exists for this second extension for the briefing schedule. The parties stipulate that the current briefing schedule dates be extended with the Opposition by the Plaintiff and Counter Defendant to the United States' Motion for Summary Judgment to be filed by September 22, 2018 and the United States' Reply Brief to be filed by October 22, 2018. The Parties will immediately advise the Court if a settlement is reached.

PANITZ & KOSSOFF, LLP

DATED: June 6, 2018            */s/Barbara E. Lubin*
BARBARA E. LUBIN
PANITZ & KOSSOFF, LLP
5743 Corsa Avenue, Suite 208
Westlake Village, California 91362
(805) 379-1667
Attorneys for Plaintiffs and
Counterclaim Defendants

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DATED: June 6, 2018            */s/Henry C. Darmstadter*
HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station

4

16620422.1

Washington, D.C. 20044-0683
(202) 307-6481

DAYLE ELIESON
United States Attorney
District of Nevada
*Of Counsel*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 6, 2018

16620422.1