PHILIP GARRETT PANITZ, CA State Bar No. 096561
BARBARA E. LUBIN, CA State Bar No. 238283
JEFFREY G. SLOANE, NV State Bar No. 784
PANITZ & KOSSOFF, LLP
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 379-1667
Facsimile: (805) 379-1668
E-mail: pgp@pktaxlaw.com / bel@pktaxlaw.com

Attorneys for Plaintiffs and Counterclaim Defendants
Michael F. Reeder and Pamela O'Keefe,
Trustee for the Jordan Grace Reeder Irrevocable Trust
and Trustee for the Darby Leigh Reeder Irrevocable Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL F. REEDER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant.<br>PAMELA M. O'KEEFE, as Trustee for the JORDAN GRACE REEDER IRREVOCABLE TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil No.: 3:15-cv-00129-MMD WGC<br><br>**THIRD AMENDED JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

1

16620422.1

AND RELATED COUNTERCLAIMS

COMES now Plaintiffs and Counterclaim Defendants Michael F. Reeder ("Reeder") and Pamela O'Keefe, as Trustee of the Jordan Grace Reeder Irrevocable Trust, dated April 15, 1993 ("JGR Trust") and the Darby Leigh Reeder Irrevocable Trust ("DLR Trust"), Defendant and Counterclaimant, United States of America ("United States"), by and through their undersigned counsel, and submit a third amended joint stipulation to extend the briefing dates with respect to the Motion for Summary Judgment which was filed by the United States of America ("United States") with this Court on May 1, 2018 [ECF 65]. This Court previously agreed to the parties' stipulated extended briefing dates of September 22, 2018 for Plaintiffs and Counterclaim Defendants to file an opposition to the United States' Motion for Summary Judgment and the date of October 22, 2018 for the United States to file a Reply [ECF 73].

By this stipulation, the parties are now requesting to extend the stipulated dates for an additional two month period in order to provide the government with the additional time necessary to evaluate the global settlement offer submitted by Plaintiffs and Counterclaim Defendants. Due to the large amount of the concession being sought by Mr. Reeder, this settlement requires several layers of review by the United States. Because this case has been classified by the Internal Revenue

Service ("IRS") as "Standard," the views of IRS Office of Chief Counsel must be obtained prior to the offer being considered by the Department of Justice. The proposed settlement of this matter must also be approved by several different sections within the Department of Justice. Counsel for Plaintiffs and Counterclaim Defendants and the United States' Department of Justice Trial Attorneys are expeditiously cooperating with all requests that come out of the various governmental levels of review; but the process is nonetheless fairly lengthy.

In addition, because the offer is partially based upon collectability, Mr. Reeder has submitted detailed financial statements which are in the process of being evaluated by the government. Mr. Reeder continues to provide updated financial information as requested. Accordingly, both sides would prefer to not expend the resources to currently continue the briefing schedule for the United States' summary judgment motion while the global settlement offer is under consideration.

Accordingly, the parties believe good cause exists for this third extension for the briefing schedule. The parties stipulate that the current briefing schedule dates be extended with the Opposition by the Plaintiff and Counter Defendant to the United States' Motion for Summary Judgment to be filed by November 22, 2018 and the United States' Reply Brief to be filed by December 24, 2018. The Parties will immediately advise the Court if a settlement is reached.

3

16620422.1

PANITZ & KOSSOFF, LLP

DATED: September 20, 2018 　　　　　　　/s/Barbara E. Lubin
　　　　　　　　　　　　　　　　　　　　BARBARA E. LUBIN
　　　　　　　　　　　　　　　　　　　　PANITZ & KOSSOFF, LLP
　　　　　　　　　　　　　　　　　　　　5743 Corsa Avenue, Suite 208
　　　　　　　　　　　　　　　　　　　　Westlake Village, California 91362
　　　　　　　　　　　　　　　　　　　　(805) 379-1667
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs and
　　　　　　　　　　　　　　　　　　　　Counterclaim Defendants


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DATED: September 20, 2018 　　　　　　　/s/Henry C. Darmstadter
　　　　　　　　　　　　　　　　　　　　HENRY C. DARMSTADTER
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　P.O. Box 683 Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044-0683
　　　　　　　　　　　　　　　　　　　　(202) 307-6481

　　　　　　　　　　　　　　　　　　　　DAYLE ELIESON
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Nevada
　　　　　　　　　　　　　　　　　　　　*Of Counsel*

　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

　　　　　　　　　　　　　　　　　　　　DATED: September 24, 2018

4

16620422.1