PHILIP GARRETT PANITZ, CA State Bar No.  096561
BARBARA E. LUBIN, CA State Bar No. 238283
JEFFREY G. SLOANE, NV State Bar No. 784
PANITZ & KOSSOFF, LLP
5743 Corsa Avenue, Suite 208
Westlake Village, CA  91362
Telephone:   (805) 379-1667
Facsimile:    (805) 379-1668
E-mail:        pgp@pktaxlaw.com / bel@pktaxlaw.com

Attorneys for Plaintiffs and Counterclaim Defendants
Michael F. Reeder and Pamela O'Keefe,
Trustee for the Jordan Grace Reeder Irrevocable Trust
and Trustee for the Darby Leigh Reeder Irrevocable Trust

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA, NORTHERN DIVISION

|  |  |
|---|---|
| MICHAEL F. REEDER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil No.:  3:15-cv-00129-MMD WGC<br><br><br>**JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| PAMELA M. O'KEEFE, as Trustee for the JORDAN GRACE REEDER IRREVOCABLE TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. |  |

1

17563406.1

AND RELATED
COUNTERCLAIMS

COMES now Plaintiffs and Counterclaim Defendants Michael F. Reeder ("Reeder") and Pamela O'Keefe, as Trustee of the Jordan Grace Reeder Irrevocable Trust, dated April 15, 1993 ("JGR Trust") and the Darby Leigh Reeder Irrevocable Trust ("DLR Trust"), Defendant and Counterclaimant, United States of America ("United States"), by and through their undersigned counsel, and submit a joint stipulation to extend the briefing dates with respect to the Motion for Summary Judgment which was refiled by the United States of America ("United States") with this Court on April 15, 2019 [ECF 84].

The Motion for Summary Judgment was originally filed on May 1, 2018 [ECF 65]. Meanwhile, Plaintiffs and Counterclaim Defendants submitted a global settlement offer to the government. Formal consideration of the offer by the government was ongoing until approximately April 15, 2019. Upon the tentative rejection of the global settlement offer, the government refiled its Motion for Summary Judgment in accordance with the Court's Order of February 11, 2019 [ECF 81].

Plaintiff's counsel, together with Plaintiff, have scheduled an in-person settlement conference with the supervisor whom has settlement authority in Washington D.C. on Thursday, May 16, 2019. Plaintiffs would prefer not to

17563406.1

expend the resources to oppose the United States' Motion for Summary Judgment during the two weeks leading up to the in-person settlement conference.

Accordingly, the parties believe good cause exists for this extension to the briefing schedule. The parties stipulate that the current briefing schedule dates be extended with the Opposition by the Plaintiff and Counter Defendant to the United States' Motion for Summary Judgment to be filed by June 12, 2019, and the United States' Reply Brief to be filed by July 12, 2019. The Parties will immediately advise the Court if a settlement is reached.

PANITZ & KOSSOFF, LLP


DATED: May 1, 2019                    /s/Barbara E. Lubin
                                      BARBARA E. LUBIN
                                      PANITZ & KOSSOFF, LLP
                                      5743 Corsa Avenue, Suite 208
                                      Westlake Village, California 91362
                                      (805) 379-1667
                                      Attorneys for Plaintiffs and
                                      Counterclaim Defendants


                                      RICHARD E. ZUCKERMAN
                                      Principal Deputy Assistant Attorney General

DATED: May 1, 2019                    /s/Henry C. Darmstadter
                                      HENRY C. DARMSTADTER
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

3

17563406.1

P.O. Box 683 Ben Franklin Station
Washington, D.C.  20044-0683
(202) 307-6481

DAYLE ELIESON
United States Attorney
District of Nevada
*Of Counsel*

IT IS SO ORDERED:

_____

MIRANDA M. DU

UNITED STATES DISTRICT COURT JUDGE

DATED: 5/2/2019

4

17563406.1