PHILIP GARRETT PANITZ, CA State Bar No. 096561
BARBARA E. LUBIN, CA State Bar No. 238283
JEFFREY G. SLOANE, NV State Bar No. 784
PANITZ & KOSSOFF, LLP
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 379-1667
Facsimile: (805) 379-1668
E-mail: pgp@pktaxlaw.com / bel@pktaxlaw.com

Attorneys for Plaintiffs and Counterclaim Defendants
Michael F. Reeder and Pamela O'Keefe,
Trustee for the Jordan Grace Reeder Irrevocable Trust
and Trustee for the Darby Leigh Reeder Irrevocable Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL F. REEDER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant.<br>PAMELA M. O'KEEFE, as Trustee for the JORDAN GRACE REEDER IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | Civil No.: 3:15-cv-00129-MMD WGC<br><br>**SECOND JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

1

17625761.1

AND RELATED COUNTERCLAIMS

COMES now Plaintiffs and Counterclaim Defendants Michael F. Reeder ("Reeder") and Pamela O'Keefe, as Trustee of the Jordan Grace Reeder Irrevocable Trust, dated April 15, 1993 ("JGR Trust") and the Darby Leigh Reeder Irrevocable Trust ("DLR Trust"), Defendant and Counterclaimant, United States of America ("United States"), by and through their undersigned counsel, and submit a joint stipulation to extend the briefing dates with respect to the Motion for Summary Judgment which was refiled by the United States of America ("United States") with this Court on April 15, 2019 [ECF 84].

The Motion for Summary Judgment was originally filed on May 1, 2018 [ECF 65]. Meanwhile, Plaintiffs and Counterclaim Defendants submitted a global settlement offer to the government. Formal consideration of the offer by the government was ongoing until approximately April 15, 2019. Upon the tentative rejection of the global settlement offer, the government refiled its Motion for Summary Judgment in accordance with the Court's Order of February 11, 2019 [ECF 81].

Plaintiff's counsel, together with Plaintiff, attended an in-person settlement conference with the supervisor whom has settlement authority in Washington D.C. on Thursday, May 16, 2019. The parties are optimistic that in principal a

2

17625761.1

settlement has been reached, but there are still some terms to be determined including reaching a workable payment plan. The proposed settlement will result in a joint motion for stipulation to judgment resolving this action in its entirety. Accordingly, the parties are hopeful that it will be not be necessary to further brief the government's Motion for Summary Judgment.

Based on the foregoing, the parties respectfully request an additional 60-day extension to the briefing schedule. The parties stipulate that the current briefing schedule dates be extended with the Opposition by the Plaintiff and Counter Defendant to the United States' Motion for Summary Judgment to be filed by August 12, 2019, and the United States' Reply Brief to be filed by September 12, 2019. The Parties will immediately advise the Court when a full settlement is reached.

PANITZ & KOSSOFF, LLP

DATED: May 23, 2019  */s/Barbara E. Lubin*
BARBARA E. LUBIN
PANITZ & KOSSOFF, LLP
5743 Corsa Avenue, Suite 208
Westlake Village, California 91362
(805) 379-1667
Attorneys for Plaintiffs and
Counterclaim Defendants

17625761.1

| | |
|---|---|
| | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General |
| DATED: May 23, 2019 | */s/Henry C. Darmstadter*<br>HENRY C. DARMSTADTER<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683 Ben Franklin Station<br>Washington, D.C. 20044-0683<br>(202) 307-6481 |
| | NICHOLAS A. TRUTANICH<br>United States Attorney<br>District of Nevada<br>*Of Counsel* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 23, 2019