1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   HENRY C. DARMSTADTER
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
5  Telephone: (202) 307-6481
   Fax: (202) 307-0054
6  Email: henry.c.darmstadter@usdoj.gov

7  NICHOLAS A. TRUTANICH
   United States Attorney
8  District of Nevada
   *Of Counsel*
9
   *Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL F. REEDER,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant.<br><br>PAMELA M. O'KEEFE, as Trustee for the JORDAN GRACE REEDER IRREVOCABLE TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Civil No.: 3:15-cv-00129-MMD-WGC<br><br>**STIPULATION BY ALL PARTIES FOR ENTRY OF JUDGMENT ON UNITED STATES' COUNTERCLAIM AGAINST MICHAEL F. REEDER AND DISMISSAL OF REFUND AND QUIET TITLE ACTIONS** |

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA, |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | MICHAEL F. REEDER |
| 5 | Counterclaim Defendant |
| 6 | and |
| 7 | PAMELA M. O'KEEFE, as Trustee for the JORDAN GRACE REEDER |
| 8 | IRREVOCABLE TRUST and the DARBY LEIGH REEDER |
| 9 | IRREVOCABLE TRUST; BANK OF AMERICA, N.A.; and |
| 10 | HERITAGE BANK OF NEVADA, |
| 11 | Additional Defendants on Counterclaim. |

Plaintiff and Counterclaim Defendant Michael F. Reeder, Plaintiff and Counterclaim Defendant Pamela O'Keefe, as Trustee of the Jordan Grace Reeder Irrevocable Trust ("JGR Trust") and the Darby Leigh Reeder Irrevocable Trust ("DLR Trust"), Counterclaim Defendant Bank of America, N. A., Counterclaim Defendant Heritage Bank of Nevada, and Defendant and Counterclaim Plaintiff United States of America ("United States"), by and through their undersigned counsel, hereby enter into the following stipulation to resolve the above-captioned consolidated action:

1. Michael F. Reeder stipulates and agrees that judgment shall be entered against him and in favor of the United States on the Government's Counterclaim in the amount of $1,100,000, plus statutory interest accruing from July 19, 2019 pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621(a)(2) and 6622. The judgment will be for the following tax

assessments against him of federal excise tax liabilities, including interest and penalties: (a) federal excise tax imposed under I.R.C. Section 4401 (26 U.S.C.) for each month from September 1993 through March 1997, inclusive and (b) federal excise tax imposed under I.R.C. Section 4411 of the Internal Revenue Code for periods ending on or about July 1, 1994, July 1, 1995, and July 1, 1996 ("subject excise taxes").

2. Pamela O'Keefe, as Trustee for the JGR Trust, stipulates and agrees that the United States' judgment on the Counterclaim against Michael Reeder and the federal tax liens for the subject excise taxes attach to the Glenbrook and Morgan Mill Properties identified in the Counterclaim, and that the United States may file abstracts of judgment with respect to these properties.

3. Pamela O'Keefe, as Trustee for the DLR Trust, stipulates and agrees that the United States' judgment on the Counterclaim against Michael Reeder and the federal tax liens for the subject excise taxes attach to the Hawaii condominium located at 520 Lunalio Home Road #7311, Honolulu, Hawaii 96825, and that the United States may file abstracts of judgment with respect to this property.

4. The United States' Counterclaim against Counterclaim Defendant Bank of America, N.A. with respect to the Glenbrook Property shall be dismissed.

5. The United States' Counterclaim against Counterclaim Defendant Heritage Bank of Nevada with respect to the Morgan Mill Property shall be dismissed.

6. Michael Reeder's Complaint for Refund and Abatement of Federal Excise Taxes against the United States shall be dismissed with prejudice.

7. The Quiet Title Action by Pamela O'Keefe, as Trustee for the JGR Trust, against the United States shall be dismissed with prejudice.

8. Each party to this consolidated action shall bear his, her or its respective costs, including attorneys' fees or other expenses of the litigation.

DATED: August 6, 2019          */s/Henry C. Darmstadter*
                                                 HENRY C. DARMSTADTER
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 683 Ben Franklin Station
                                                 Washington, D.C. 20044-0683
                                                 (202) 307-6481

                                                 *Of Counsel*
                                                 NICHOLAS A. TRUTANICH
                                                 United States Attorney
                                                 Attorneys for the United States


                                                 PANITZ & KOSSOFF, LLP

DATED: August 6, 2019          */s/Philip G. Panitz*
                                                 PHILIP G. PANITZ, ESQ.
                                                 PANITZ & KOSSOFF, LLP
                                                 5743 Corsa Avenue, Suite 208
                                                 Westlake Village, California 91362
                                                 (805) 379-1667
                                                 Attorneys for Plaintiff


                                               MALCOLM & CISNEROS

DATED: August 6, 2019          */s/Nathan F. Smith*
                                                 NATHAN F. SMITH, ESQ.
                                                 State Bar Number 43160
                                                 MALCOLM & CISNEROS
                                                 2112 Business Center Drive
                                                 Irvine, California 92612
                                                 (949) 252-9400
                                                 Attorneys for Bank of America

|   |   |   |
|---|---|---|
| DATED: August 6, 2019 | | SIMONS HALL JOHNSTON PC |

SIMONS HALL JOHNSTON PC

*/s/Mark G. Simons*
MARK G. SIMONS, ESQ.
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd.
Suite F-46
Reno, NV 89509-6165
(775) 785-0088
Attorneys for Heritage Bank of Nevada

DATED: August 6, 2019

The aforegoing stipulation is granted.

DATED: August 8, 2019

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE